# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SANCHEZ BARRAGAN ARACELI BARRAGAN, and JEREMEY BURCHAM, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:19-cv-01766-AJB-SBC<br><br>Consolidated With:<br>Case No. 19-cv-01766<br>Case No. 20-cv-02541<br>Case No. 21-cv-00461<br>Case No. 21-cv-00462<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Having considered the parties' Joint Motion for Dismissal and for good cause appearing, it is **ORDERED** that:

1. The Joint Motion for Dismissal without Prejudice is Granted.

2. This action is DISMISSED WITHOUT PREJUDICE in light of the global settlement reached and finally approved by the San Diego Superior Court.

3. No notice is necessary to the certified class in light of the notice the class received from the San Diego Superior Court relating to the global settlement.

**IT IS SO ORDERED.**

Dated: December 29, 2023

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge

---

1
ORDER GRANTING JOINT MOTION FOR DISMISSAL
3:19-cv-01766-AJB-SBC